**2007–2057.   Nash v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of Timothy M. Nash and motion to amend petition for writ of habeas corpus. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2060.   Ali v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of George B. Ali. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2063.   Wright v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of Jessie B. Wright. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2081.   Webb v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of Jason L. Webb. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2099.   Keister v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Larry Thomas Keister. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2103.   Hale v. Wilson.**
In Habeas Corpus. On petition for writ of habeas corpus of Gilbert Hale. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2123.   Williams v. Hart.**
In Habeas Corpus. On petition for writ of habeas corpus of Deangelo Williams. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2128.   Walsh v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of Thomas P. Walsh. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2007–1585.   State v. Foster.**
Hamilton App. No. C–060720. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2007–0595 and 2006–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857, and briefing schedule stayed.
LANZINGER, J., not participating.